**Leslie Gay ALLEN, Appellant, v. Y. J. ATT-WOOD, Appellee.**

No. 7933.

Circuit Court of Appeals, Ninth Circuit.

Aug. 12, 1935.

Ralph Eckhardt, of San Bernardino, Cal., for appellant.

Surr & Hellyer, of San Bernardino, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**SHIGEMA AOKI, Appellant, v. Edward L. HAFF, District Director of Immigration, Port of San Francisco, Appellee.**

No. 7573.

Circuit Court of Appeals, Ninth Circuit.

Aug. 15, 1935.

Stephen M. White, of San Francisco, Cal., for appellant.

H. H. McPike and Robert L. Mc-Williams, Asst. U. S. Attys., both of San Francisco (Arthur J. Phelan, U. S. Immigration and Naturalization Service, of San Francisco, Cal., on the brief), for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

**Helen Christian CALLAHAN, Appellant, v. C. J. McCULLOUGH, Trustee in Bankruptcy of the Estate of Helen Christian Callahan, Appellee.**

No. 7956.

Circuit Court of Appeals, Ninth Circuit.

Aug. 26, 1935.

William F. Herron and Vincent W. Hallinan, both of San Francisco, Cal., for appellant.

J. S. Lamson, L. D. Byrne, and Paul S. Jordan, all of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee and good cause therefor appearing, ordered appeal in this cause dismissed for failure of appellant to file record and docket cause; mandate forthwith.